IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARVIN C. POWERS,
        Plaintiff,
  v.
DR. GARY JUNKER, DR. NELSON, DR.
INMAN, MEDICAL UTILIZATION
REVIEW BOARD, DR. JAMES CLARE,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:20-CT-3375-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 23, 2022, with service on:
Marvin C. Powers (via U.S. Mail)
3710 Bell Arthur Rd
Greenville, NC 27834

November 23, 2022

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk